# ELECTRONIC RECORD

COA # 14-14-00387-CR

OFFENSE: Intoxication Manslaughter

STYLE: Dylan Jezreel Garcia v The State of Texas

COUNTY: Brazoria

COA DISPOSITION: Affirmed

TRIAL COURT: 300th District Court

DATE: May 12, 2015   Publish: No

TC CASE #:68303

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Dylan Jezreel Garcia v The State of Texas

CCA # _____

____APPELLANT'S____   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____REFUSED____

DATE: ___09/16/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___712-15___

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**